FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAREY L.,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 2:20-CV-00129-MKD<br><br>ORDER TO DISMISS THE COMPLAINT |

      By Order filed March 31, 2020, Plaintiff was directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days. ECF No. 5. Plaintiff failed to timely respond to the Court's Order. On May 6, 2020, the Court entered an Order to Show Cause directing Plaintiff to respond within twenty days and provide a reason why the Complaint should not be dismissed for a failure to pay the filing fee. ECF No. 8. There has been no response to the Court's Order.

      On May 4, 2020, Plaintiff's consent to proceed before a magistrate judge was filed with the Court. ECF No. 7.

      The clerk of each court shall require parties instituting any civil action to pay a filing fee. 28 U.S.C. § 1914(a). A civil action may commence without the payment of a filing fee if a person submits a motion to proceed *in forma pauperis*

ORDER - 1

with an affidavit of indigency.  28 U.S.C. § 1915(a).  Here, Plaintiff submitted such an affidavit.  ECF No. 2.  However, the affidavit lacked the required information, and the Court denied Plaintiff's motion with leave to renew by completing a new application or paying the required filing fee.  ECF No. 5.  There has been no response to the Court's multiple Orders.

Accordingly, **IT IS SO ORDERED** that Plaintiff's Compliant, **ECF No. 1**, is **DISMISSED**, without prejudice.  The Clerk of the Court shall file this Order, provide copies to the parties, and **CLOSE** the file.

DATED June 30, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2