AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CAREY L.,<br>*Plaintiff*<br>v.<br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | Civil Action No.  2:20-CV-00129-ACE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment, ECF No. 30, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 28, is DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Alexander C. Ekstrom  on cross-motions for summary judgment.

Date:  January 18, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore